IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**YORAM RAZ**     PLAINTIFF

      v.       Civil No. 02-5184

**ROBERT MUELLER, FBI DIRECTOR**     DEFENDANT

      and

**YORAM RAZ**     PLAINTIFF

      v.

**UNITED STATES**     DEFENDANT

## JUDGMENT

On this 2nd day of September, 2005, for reasons set forth in a Memorandum Opinion And Order entered this date, the Court finds that plaintiff has failed to show, by a preponderance of the evidence, that he is entitled to relief against defendants. The Court, therefore, finds that plaintiff's claims should be, and same hereby are, **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                    /s/ Jimm Larry Hendren
                                    **JIMM LARRY HENDREN**
                                    **UNITED STATES DISTRICT JUDGE**